No. 12–5985.   JONES v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.   C. A. 9th Cir.   Certiorari denied.

No. 12–5990.   WALLACE v. ROBERTS, WARDEN.   Super. Ct. Washington County, Ga.   Certiorari denied.

No. 12–5991.   MCDERMOTT, AKA JOHNSON v. GEORGIA.   Super. Ct. DeKalb County, Ga.   Certiorari denied.

No. 12–5993.   MONTUE v. SISTO, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 12–5998.   MOLETTE v. GEORGIA ET AL.   C. A. 11th Cir. Certiorari denied.

No. 12–6000.   JOHNSON v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 12–6001.   KING v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 12–6005.   BLACK v. HOLDER, ATTORNEY GENERAL.   C. A. 11th Cir.   Certiorari denied.

No. 12–6009.   WASHINGTON v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 12–6011.   CASWELL v. LAVALLEY, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 12–6014.   HARRIS v. BERNSTEIN ET AL.   C. A. 6th Cir. Certiorari denied.

No. 12–6016.   HALL v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 12–6020.   CLACK v. ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 12–6025.   LYON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 12–6027.   SANDERS v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.